**Opinion issued October 7, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-00577-CV**

_____

**CITY OF HOUSTON, Appellant**

**V.**

**KAMISHA HARRISON, INDIVIDUALLY, AND AS NEXT FRIEND OF
I.B., A MINOR, Appellee**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2025-35437**

---

**MEMORANDUM OPINION**

Appellant City of Houston has filed a motion to dismiss the appeal because the parties have reached an agreement providing for dismissal. *See* TEX. R. APP. P. 42.1(a). The motion contains a certificate of conference stating that appellees agree to the relief requested in the motion.

Accordingly, we grant the motion and order the appeal dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.